Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA

Carl Adonis Powell Jr.
_____
Plaintiff
*(Write your full name. No more than one plaintiff may be named in a complaint.)*

-v-

Case No. _____
*(to be filled in by the Clerk's Office)*

CV-17-CO-0117-W

"See Attached"
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all of the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here. Your complaint may be brought in this court only if one or more of the named defendants is located within this district.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis*.

Mail the original complaint and the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

1

## I. The Parties to this Complaint

### A. The Plaintiff

Provide the information below for the plaintiff named in the complaint.

Name: Carl Adonis Powell Jr

All other names by which you have been known:

ID Number: 249182

Current Institution: Bibb County Correctional Facility

Address: 565 Bibb Lane
Brent, Alabama 35034
*City   State   Zip Code*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Terry Thomas

Job or Title *(if known)*: Lieutenant

Shield Number:

Employer: Donaldson Correctional Facility

Address: 100 Warrior Lane
Bessemer, Alabama 35023
*City   State   Zip Code*

☑ Individual Capacity    ☑ Official Capacity

Defendant No. 2

Name: John Hutton

Job or Title *(if known)*: Captain

Shield Number:

Employer: Bibb County Correctional Facility

Address: 565 Bibb Lane
Brent, Alabama 35034
*City   State   Zip Code*

☐ Individual Capacity    ☑ Official Capacity

2

Defendant No. 3

    Name: *Willie Bennett*

    Job or Title *(if known)*: *Warden*

    Shield Number:

    Employer: *Bibb County Correctional Facility*

    Address: *565 Bibb Lane*

    City: *Brent*  State: *Alabama*  Zip Code: *35034*

    ☐ Individual Capacity    ☑ Official Capacity

Defendant No. 4

    Name:

    Job or Title *(if known)*:

    Shield Number:

    Employer:

    Address:

    City:    State:    Zip Code:

    ☐ Individual Capacity    ☐ Official Capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

    A. Are you bringing suit against *(check all that apply)*:

        ☐ Federal officials (a *Bivens* claim)

        ☑ State or local officials (a § 1983 claim)

    B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*Article The Eighth and Article The Fourteenth of the Constitution of the United States*

3

C. Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

"See Attached" - Terry Thomas assaulted me; John Hutton Cruel and Unfairly Punished me; Willie Bennett allowed it.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply):*

☐ Pretrial Detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other
*(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

At Bibb County Correctional Facility; November 8, 2016; In B Dorm Bay 3 and C Dorm Seg. Unit cell 2

4

C. What date and approximate time did the events giving rise to your claim(s) occur?

November 8, 2016 at approximatley 12:46 pm and from November 10, 2016 to current date of filing complaint.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

"See Attached"

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries in detail.

Busted lip, bruised wrist, chest pains, and trouble sleeping.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I would like to be compensated in the amount of $250,000.00 for pain and suffering and any future expenses that I may have because of these incidents. I would also like for all defendants to be terminated from the Alabama Department of Corrections because they violated the Mission Statement of the Alabama Department of Corrections which is to confine, manage, and provide rehabilitative programs for convicted felons. IN A SAFE, SECURE, AND HUMANE enviroment, utilizing PROFESSIONALS who are commited to public safety and the positive re-entry of offenders into society.

5

VII.   **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).
_Bibb County Correctional Facility_

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?
_All Claims_

6

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

   _____

2. What did you claim in your grievance?

   _____

3. What was the result, if any?

   _____

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____

7

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   *The grievance officer never gave me the proper grievance form.*

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   *Warden Willis Bennett numerous times and ("See Attached")*

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   *I wrote letters to my family telling them to contact the Warden and Commissioner "See attached exhibits also"*

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had any cases dismissed based on grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☐ Yes

☑ No

If yes, state which court dismissed your case(s), when this occurred, and attach a copy of the order(s) if possible.

8

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit

      Plaintiff(s) _____

      Defendant(s) _____

   2. Court *(if federal court, name the district; if state court, name the county and State)*

      _____

   3. Docket or index number

      _____

   4. Name of Judge assigned to your case

      _____

   5. Approximate date of filing lawsuit

      _____

   6. Is the case still pending?

      ☐ Yes
      ☐ No

   If no, give the approximate date of disposition. _____

   7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

      _____

9

## IX.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

Printed Name of Plaintiff: Carl Adonis Powell Jr.
Prison Identification #: 249182
Prison Address: 565 Bibb Lane
City: Brent   State: Alabama   Zip Code: 35034

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12-15-16 (Date)

Signature of Plaintiff

10

Defendant(s)
1. Terry Thomas
2. John Hutton
3. Willie Bennett

IV. Statement of Claim

1. Terry Thomas assaulted me by walking up to me and punching me in my face while I was sitting down on the bunk tying my boots. This took place on November 8, 2016 at Bibb County Correctional Facility in B-Dorm Bay 3 at approximately 12:46 pm. It was on camera, and the following inmates witnessed it: Larry Thompson #301397, Marlique Bridges #293756, Gregory Jones #255400, Johnny Grant #303013, and Demetrius Stewart.

John Hutton participated in trying to help cover the actions of Terry Thomas by placing me in a cell and not allowing me to contact the proper authorities. The cell I've been placed in has VERY LITTLE running water, a toilet that doesn't flush properly, and a window covered with a metal slab with fifteen small holes causing VERY POOR air circulation. There is no "Emergency/panic" button in the cell to get an officer for needed assistance, meaning at times it's several hours before someone does a "cell check." I've been in this cell since November 10, 2016 at Bibb County Correctional Facility, C-Dorm Seg. Unit. This is all on camera.

Willie Bennett allowed me to be assaulted and punished cruel and unusually. I wrote him multiple times about the conduct and actions of Terry Thomas and John Hutton. He did not act on or respond to my complaints. At Bibb County Correctional Facility.

VII. Exhaustion of Administrative Remedies Administrative Procedures
1.
2. Warden Willie Bennett numerous times and Prison Corridnator Cheryl Price on December 7, 2016.

Copy 1 of 2

To: Warden Willie Bennett
From: Carl A. Powell B/249182 /C2-2A
Date: 11-30-2016

Warden Bennett,

My name is Carl A. Powell Jr. inmate #249182. This is my third time writing you and I have not recieved a response to the prior two complaints. I don't know if this is because you didn't recieve them or what, but being that you don't come around with Seg Board I'm taking extra steps to try to make sure you recieve this one and that I also have a record of my complaints to you from now on.

On November 8, 2016 at approximatley 12:46pm. I was pysically abused (punched in my face while siting on the bunk tying my boots) by Lt. Terry Thomas. After punching me in my face he (Lt. Thomas) then told me to "get my punk ass up and fight like a man." At this point, in my opinion, under the circumstances I had no other choice but to defend myself in self-defense. I have several witnesses (Larry Thompson B/301397; Marlique Bridge B/293756; Gregory Jones B/255400; Johnny Grant #303013; Demetrius Stewart) that were also assigned to B3 the Behavior Modification Dorm at the time. You can also review the video of B3 on the day of November 8, 2016 at approximatley 12:46pm. for yourself and see that this is exactly what happened. Even when the code was called and officers responded they didn't immediatly attempt to stop the altercation because he (Lt. Thomas) told them to "Get Back I got his ass!"

Lt. Terry Thomas was in direct violation of the Administrative Regulation 208. Specificly he (Lt. Thomas) violated Administrative Regulation 208 V. [A] 9; [C] 4; 5; and 17. (Refer to AR/327 of forces).... (continued on

AR/327 V.A. provides:

[A.] The Application of Physical Force;
1. Must be reasonably necessary under the circumstances;
2. Shall be only minimum amount necessary to control the situation or achieve a legitimate correctional objective
3. Shall never be used as punishment
6. Will stop when resistance offered by the inmate ceases or when the inmate is under control and placed in proper restraints.

Now, I'm aware that Lt. Thomas is not a full-time employee at Bibb County Correctional Facility, but by you being the Warden you have the authority to allow or disallow certain officers to enter the facility. And all ADOC employees are suppose to excercise certain care and self control in supervising prisoners.

Furthermore, the Admin. Regulation 208 states that the Warden shall ensure that the concept of progressive discipline is applied fairly, consistently, and in a timely manner. With that being said I'm informing you that I'm being disciplined unfairly. I'm being held in a Seg cell and the only disciplinary I have is Failure to Obey a direct order of an ADOC employee. That Lt. Thomas wrote. Warden Bennett you know and I know that Failure to obey a direct order is not a reason to have me in the cell when you got inmates in the Hot Bay (B3) charged with way more serious violations. I was not wrote up for assault on an ADOC employee or nothing of that nature because he (Lt. Thomas) knew that he was in the wrong. That's why he wrote me up for Failure to Obey a direct order, but even that disciplinary is bogus and also a violation of the 403 as you will see in my statement to Disciplinary #BCCF-16-02386-1 when it comes across your desk. I'm asking that you call me to your office so we can speak face to face concerning these matters. Your time and help concerning these matters will be very appreciated.

Carl Powell #249182
Carl Powell

Copy 1 of 2

TO: Cheryl Price or whom it may concern
From: Carl A. Powell Jr. B/249182
Date: December 7, 2016
Re: Assaults and Abuse of athority taking place at Bibb County Correctional Facility

Mrs. Price,

My name is Carl A. Powell Jr. My AIS# is 249182. I'm writing to inform you that <u>I've been physically assaulted</u> and that the Captain of Bibb County Correctional Facility is <u>abusing his athority</u>, as well as the Warden <u>neglecting his duties</u>.

<u>On November 8, 2016 at approximatley 12:46pm I was physically assaulted</u> (punched in my face while sitting on the bunk tying my boots) by Lieutenant Terry Thomas. After punching me in my face he (Lt. Thomas) then told me to "get my punk ass up and fight." At this point, in my opinion, I had no other choice but to defend myself in self-defense. I have <u>several witnesses</u> (Larry Thompson #301397; Morlique Bridges #293756; Gregory Jones #255400; Johnny Grant #303013; Demetrius Stewart AIS #?) that were also assigned to B-Dorm Bay 3 the Behavior Modification Dorm. You can also <u>review the video of B3 on the day of November 8, 2016 at approximatley 12:46pm</u>. and see that this is <u>exactly</u> what happened. Even when the code was called <u>the officers didn't immediatley attempt to stop the altercation</u> because he (Lt. Thomas) told them to "Get Back I got his ass!"

Lt. Terry Thomas was in <u>direct violation</u> of the Administrative Regulation 208. Specificly he (Lt. Thomas) violated Administrative Regulation 208 v. [A] 9; [C] 4; 5; and 17. (Refer to AR/327 of force)
1 AR/327 V.A. provides:
[A] The Application of Physical Force
1. Must be **reasonablly** necessary under the circumstances
(continued on back)

?. Shall be only minimum amount necessary to control the situation or achieve a legitimate correctional objective

?. Shall never be used as punishment

?. Will stop when resistance offered by the inmate ceases or when the inmate is under control and placed in proper restraints.

Furthermore, the Admin. Regulation 208 states that <u>the Warden shall ensure that the concept of progressive discipline is applied fairly, consistently, and in a timely manner.</u>

With that being said I'm informing you that I've wrote Warden Willie Bennett on <u>three</u> seperate occasions concerning this mistreatment and me being disciplined unfairly. <u>I haven't heard ANYTHING from him yet.</u> The Warden doesn't come around with Seg. Board or anything.

I'm being held in a Seg cell under the <u>false pretense that I assaulted an officer.</u> I was <u>never</u> wrote up for assault on an officer or anything of that nature. The <u>only disciplinary that I've been given is Failure to obey a direct order of an ADOC employee.</u> The only reason Lt. Terry Thomas wrote that disciplinary is <u>to try to cover his self. If I would've been in the wrong he would've wrote me up</u> for assault on an officer.

Captain John Heitton is <u>trying to help cover up this incident</u> by holding me in Seg. I haven't been allowed to speak with I&I or anyone else, <u>even after telling him numerous times that I would</u> like to speak with I&I. He's abusing his authority by holding me in a Seg. cell for no real reason.

I'm asking that you <u>PLEASE</u> look into this matter As Soon As POSSIBLE!! and make them release me from Seg. If this doesn't concern you then <u>PLEASE forward this to the correct person.</u>

your time and help concerning this matter is very appreciated

Thank you,

Carl A. Powell Jr.
#249182

Carl A. Powell Jr.
#249182